911 A.2d 46

IN THE MATTER OF MARY NANCY FLANAGAN,
AN ATTORNEY AT LAW.

November 29, 2006.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–11(a) and *Rule* 1:20–3(g)(4) for the immediate temporary suspension of **MARY NANCY FLANAGAN** of **HACKETTSTOWN**, who was admitted to the bar of this State in 1990;

And **MARY NANCY FLANAGAN** having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **MARY NANCY FLANAGAN** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **MARY NANCY FLANAGAN** be removed as a signatory to any and all attorney accounts maintained in any New Jersey financial institution pursuant to *Rule* 1:21–6; and it is further

ORDERED that **MARY NANCY FLANAGAN** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.